

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Game, Fish and Oyster Commission
Austin, Texas

Gentlemen:                    Attention: Mr. Murrel L. Buckner,
                                         Dallas, Texas.

                             Opinion No. O-2118
                             Re: Authority to hire and pay
                                 skilled labor.

We have your letter of March 21, 1940, in which you make the following request of this department:

> "What I would like to have is an opinion as to whether or not we are correct in our conclusions under the provision as quoted above, if we can hire skilled labor in carpenters to do the carpenter work on the houses we propose to build at the Dundee Hatchery. The United States Government furnishes all the skilled labor in the form of rock masons but will not furnish the carpenters."

You direct our attention in your letter to the provision in the appropriation bill for the support of the Game, Fish and Oyster Commission, as follows: "Extra labor -- not to exceed $3.00 per day." Likewise, you point out the following provision in the general rider to the appropriation bill:

> "Additional Employee's Compensation. When any additional employees, other than those for which specific salary appropriations have herein been made, are employed and are to be paid out of contingent appropriations, such employees shall not be paid a larger amount than that provided in the regular appropriated salaries for similar positions in such department or agency,

and in the event there are no similar
positions within such department, then
such additional employee shall not be
paid a larger amount than that provid-
ed for similar positions in other de-
partments or agencies. In the event
laborers, skilled laborers, and me-
chanics cannot be obtained at the above
mentioned salary scale, then the head
of such department may pay for temporary
employment only not exceeding the pro-
vailing wage scale paid in the locality
where the temporary service is to be
rendered."

It is the opinion of this department that the
Legislature did not intend by the enactment of the first
quotation above to include in the term "Extra labor --
$3.00 per day" mechanics and skilled labor, such as car-
penters. We think this is evident from the second quota-
tion above, which refers to laborers, skilled laborers and
mechanics. Certainly, the Legislature here recognized
that there is a different wage scale prevailing between
laborers and skilled laborers.

In view of this conclusion, you are advised that
in the opinion of this department you would be authorized
to pay the prevailing wage scale in the locality where the
work is to be performed for the employment of skilled labor,
such as carpenters.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Grover Sellers

Grover Sellers
Assistant

GS-MR

APPROVED APR 16, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY BWB